23262. CLARK *v.* CITY OF BUTLER.

JENKINS, P. J. 1. An affidavit of illegality is not the proper remedy for arresting an execution issued and levied by a municipality for the collection of a license tax, and for questioning the legality of such a tax, in the absence of special statutory authority for such remedy. *Manning* v. *Phillips,* 65 *Ga.* 548; *City of Atlanta* v. *Jacobs,* 125 *Ga.* 523 (2), 528 (54 S. E. 534) ; *Fidelity & Casualty Co.* v. *Whitaker,* 172 *Ga.* 663, 666 (158 S. E. 416) ; *McIntyre* v. *Harrison,* 172 *Ga.* 65, 73, 74 (157 S. E. 499) ; *Cook* v. *Colquitt,* 29 *Ga. App.* 494 (116 S. E. 37).

2. Accordingly, the court did not err in the trial of the affidavit of illegality, in directing a verdict for the city and ordering the fi. fas. to proceed. Direction is given, however, as in the case of *Means* v. *Myrick*, 46 *Ga. App.* 263 (2) (167 S. E. 323), "that the verdict and judgment be amended by substituting therefor a judgment dismissing the affidavit of illegality."

*Judgment affirmed with direction. Stephens and Sutton, JJ., concur.*

DECIDED JANUARY 17, 1934.

*Homer Beeland,* for plaintiff in error. *C. W. Foy,* contra.